UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: )
    WOLFGANG W HALBIG ) Case No: 6:22-bk-01137-TPG
) Chapter 7
)
          Debtor(s) )

REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO SELL PROPERTY OF THE ESTATE

Robert E. Thomas, Trustee of the above captioned Debtor estate hereby gives notice of a proposed sale of property of the estate and shows:

1. Property of the estate includes a 2015 Volvo VIN YV440MDK1F2755429 and a 2012 Chevrolet VIN 1GNSCBE02CR277874 (the "Vehicles"). The Vehicles were listed in the Debtor's schedules at values of $6,438.00 for the Debtor's one half interest in the Volvo and $6,300.00 for the Debtor's one half interest in the Chevrolet Tahoe. These are the Vehicles fair market values. The Debtor has claimed personal property exemptions of $2,000.00 for the Vehicles. The Vehicles has a net value to the estate of $10,738.00 after deducting the personal property exemptions.

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and mail a copy to the moving party, Robert E. Thomas, Trustee, at Post Office Box 5075, Winter Park, Florida 32793-5075 and the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, and any other appropriate persons within twenty one (21) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

2. The Trustee has reached an agreement with WOLFGANG W HALBIG, the Debtors, 25526 HAWKES RUN LANE, SORRENTO, FL 32776-7745 whereby the Debtor will purchase the Vehicles from the estate, for a total of $10,738.00 in ten monthly payments beginning on June 30, 2022. The Trustee has received the first payment.

3. The Trustee has reviewed the current NADA Used Car Guide's valuation for the Vehicles given their current condition and mileage (105,000 for the Volvo and 135,500 for the Chevy Tahoe). Based on this valuation the Trustee believes $10,738.00 is the approximate fair market value of the Vehicles after taking into account the personal property exemption allowed the Debtor under state law.

4. The Trustee is unaware of any liens on the Vehicles. The sale is being made subject to all liens and encumbrances. There may be other encumbrances that the Trustee is not aware of.

5. The Vehicles are being sold "as is, where is" with no warranties of any kind "express, implied or otherwise". It is the Buyer's responsibility to examine title or otherwise identify any encumbrances on the Property not disclosed in 4 above. To the extent that encumbrances not disclosed above exist, it is the Buyer's responsibility to satisfy those encumbrances.

6. The Trustee will entertain higher bids for the purchase of the Property described in 1. above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than the close of business twenty one (21) days from the date of mailing as indicated above. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date

the Trustee can arrange such auction.

DATED: July 7, 2022

/s/ Robert E. Thomas
Robert E. Thomas
Trustee
Post Office Box 5075
Winter Park, Florida 32793-5075
Phone: (407) 677-5651
Florida Bar Number 120545

I HEREBY CERTIFY that a true copy of the foregoing was furnished by first class United States Mail, postage prepaid, on July 7, 2022 to all persons on a mailing matrix attached to the original of this document.

/s/ Robert E. Thomas
Robert E. Thomas
Trustee