United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 22-01137-TPG |
| Wolfgang W Halbig | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 12, 2022 | Form ID: B318 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Wolfgang W Halbig, 25526 Hawks Run Lane, Sorrento, FL 32776-7745 |
| 30014665 | + | Government Employees Insurance Company, One GEICO Plaza, Washington, DC 20076-0003 |
| 29929138 | + | James P. Wagoner, 7647 N. Fresno Street, Fresno, CA 93720-2578 |
| 29929139 | + | John & Jane Roe, c/o McCormick, Barstow,, Sheppard, Wayte & Carruth, 7647 N. Fresno Street, Fresno, CA 93720-2578 |
| 29929140 | + | Kathleen S Halbig, 25526 Hawks Run Lane, Sorrento, FL 32776-7745 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QRETHOMAS.COM | Jul 13 2022 04:23:00 | Robert E Thomas, Post Office Box 5075, Winter Park, FL 32793-5075 |
| 29929123 | + | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 00:59:55 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 29929124 | + | EDI: TSYS2 | Jul 13 2022 04:23:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 29929127 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 13 2022 00:56:00 | CENLAR/Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 29929125 | | Email/Text: cms-bk@cms-collect.com | Jul 13 2022 00:56:00 | Capital Management Svcs, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 29929126 | + | EDI: CAPITALONE.COM | Jul 13 2022 04:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29929129 | + | EDI: CITICORP.COM | Jul 13 2022 04:23:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 29929130 | + | EDI: CITICORP.COM | Jul 13 2022 04:23:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29929131 | + | EDI: CITICORP.COM | Jul 13 2022 04:23:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29929132 | + | EDI: WFNNB.COM | Jul 13 2022 04:23:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 29929133 | + | EDI: CITICORP.COM | Jul 13 2022 04:23:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 30000397 | | EDI: DISCOVER.COM | Jul 13 2022 04:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 29929134 | + | EDI: DISCOVER.COM | Jul 13 2022 04:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 29929120 | | EDI: FLDEPREV.COM | Jul 13 2022 04:23:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |

| District/off: 113A-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: B318 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 29929135 | + | Email/Text: bankruptcy-notification@google.com | Jul 13 2022 00:56:00 | Google Inc, c/o Officer Manager or RA, 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351 |
| 29929136 | | Email/Text: bankruptcy@homepointfinancial.com | Jul 13 2022 00:56:00 | Home Point Financial Corp, Attn: Bankruptcy, 11511 Luna Rd, Ste 200, Farmers Branch, TX 75234 |
| 29929137 | + | EDI: IRS.COM | Jul 13 2022 04:23:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 29929128 | | EDI: JPMORGANCHASE | Jul 13 2022 04:23:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 30012537 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 13 2022 00:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 29929119 | + | Email/Text: Bankruptcy@laketax.com | Jul 13 2022 00:56:00 | Lake County Tax Collector, Post Office Box 327, Tavares FL 32778-0327 |
| 29929141 | | Email/Text: camanagement@mtb.com | Jul 13 2022 00:56:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 29929142 | + | EDI: RMSC.COM | Jul 13 2022 04:23:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 29929143 | + | EDI: RMSC.COM | Jul 13 2022 04:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29929144 | + | EDI: RMSC.COM | Jul 13 2022 04:23:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29929145 | | EDI: WFHOME | Jul 13 2022 04:23:00 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Government Employees Insurance Company |
| 29929121 | * | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:

**Name**           **Email Address**

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 12, 2022 | Form ID: B318 | Total Noticed: 30 |

Michael Holbein
    on behalf of Creditor Government Employees Insurance Company mholbein@sgrlaw.com

Omaira P Dauta
    on behalf of Debtor Wolfgang W Halbig omaira@churchillwells.com

Robert E Thomas
    rthomastrustee@gmail.com rthomas@ecf.axosfs.com

United States Trustee - ORL7/13
    USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Wolfgang W Halbig<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7802<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Florida | | |
| Case number:   6:22–bk–01137–TPG | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Wolfgang W Halbig
  aka Wolf Halbig

Dated: July 12, 2022

Tiffany P. Geyer
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 **Order of Discharge** page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**